**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-7111**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

CHRISTOPHER ROBERTSON,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  David J. Novak, District Judge.  (4:18-cr-00027-DJN-LRL-1)

Submitted:  May 13, 2025                                        Decided:  June 16, 2025

Before AGEE and RICHARDSON, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Christopher Robertson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Robertson appeals the district court's order denying his "Motion to Stay Hold in Abeyance or Otherwise Preserve the One-Year Statute-of Limitations under 28 U.S.C. § 2255(f)." We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Robertson*, No. 4:18-cr-00027-DJN-LRL-1 (E.D. Va. Oct. 29, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*